NICOLA DEL PIANO, Respondent, v. PASQUALE CAPONIGRI, Appellant.

APPEAL from a judgment in favor of plaintiff, entered upon a verdict.

Abraham Nelson, for respondent.

W. E. Morris, for appellant.

*Per Curiam.* There is no statement that in the appeal-book presented is contained all the evidence taken upon the trial, so that we can only review the exceptions taken.

The exceptions called to our attention by the appellant, in our opinion, are not meritorious.

The record, even as it is presented to us, shows that the jury did right in giving the plaintiff a verdict. The judgment is affirmed, with costs.

Present: FITZSIMONS, McCARTHY and CONLAN, JJ.

Judgment affirmed, with costs.